UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK     ECF CASE

---

LUMIRAM ELECTRIC CORPORATION,   Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY,

Defendant.

Case No. 08CV6189GBD

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_The Plaintiff, Lumiram Electric Corporation_   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 6/26/08

Signature of Attorney

**Attorney Bar Code:** EK0237

Form Rule7_1.pdf  SDNY Web 10/2007