%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern                    District of                    New York

LUMIRAM ELECTRIC CORPORATION

V.

SELECTIVE INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6189

JUDGE DANIELS

TO: (Name and address of Defendant)

SELECTIVE INSURANCE COMPANY
40 Wantage Avenue
Branchville, NJ
07826

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Evan W. Klestzick, Esq.
McDonnell & Adels, P.C.
401 Franklin Avenue
Garden City, NY 11530

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 0 8 2008

J. MICHAEL McMAHON

CLERK _Catherine Lapsley_                    DATE

(By) DEPUTY CLERK