# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

**DATE:** 7/29/08 @ 1:10pm

**NAME OF SERVER:** Manuel Fontes

**TITLE:** Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 40 Wantage Ave, Branchville, NJ 07826 Left with: Roseann Naldi, Vice President of Legal Department

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Other (specify) _____ SELECTIVE INSURANCE COMPANY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/30/08

Signature of Server

Address of Server

Sworn to me before this 30 day of July, 2008

Maria Weingartner

MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.