Index # 08cv6189
Purchased/Filed:

# AFFIDAVIT OF MAILING

| STATE OF NEW YORK | U. S. DISTRICT COURT | SOUTHERN DIST. COUNTY |

| LUMIRAM ELECTRIC CORPORATION | PLAINTIFF |

AGAINST

| SELECTIVE INSURANCE COMPANY | DEFENDANT |

STATE OF NEW YORK     )
COUNTY OF   ALBANY    ) SS

_____NANCY GORDON_____ BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THIS ACTION.

THAT ON THE __30th__ DAY OF __July, 2008__ DEPONENT COMPLETED SUBSTITUTE SERVICE OF __SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET__ ON THE DEFENDANT __SELECTIVE INSURANCE COMPANY__ BY DEPOSITING A COPY OF THE __SUMMONS AND COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET__ IN A POST-PAID, PROPERLY ADDRESSED ENVELOPE, (THE PROPER ADDRESS FOR THE DEFENDANT BEING __40 WANTAGE AVENUE, BRANCHVILLE, NJ   07826__ ),

THE AFOREMENTIONED ADDRESSED ENVELOPE BEARING THE RETURN ADDRESS OF:
__MC DONNELL & ADELS, P.C. - 401 Franklin Ave. Garden City, NY 11530__

WAS PLACED IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK.

COMPLETE IF APPLICABLE:

( ) SAID MAILING WAS MADE BY _____ MAIL, RETURN RECEIPT REQUESTED
ASSIGNED NUMBER _____

SWORN TO BEFORE ME ON THIS
__30th__ DAY OF __July, 2008__
_____
Notary Public

FAITH COZZY
Notary Public, State of New York
Qualified In Albany County
Reg. No. 01CO6158874
Commission Expires January 8, 2011

_____
(signature)

Invoice-Work Order # 0813989