```
UNITED STATES DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
LUMIRAM ELECTRIC CORPORATION,

                        Plaintiff,           DISCLOSURE OF
                                             INTERESTED PARTIES
        -against-
                                             Civil Action No.
SELECTIVE INSURANCE COMPANY,                 6189/08

                        Defendant.
-----------------------------------------X
```

## CORPORATE DISCLOSURE STATEMENT OF SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

COMES NOW Defendant, SELECTIVE INSURANCE COMPANY OF NEW YORK ("Selective"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (the "NFIA")(42 U.S.C. § 4001 et seq.), appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] for the purpose of filing this Certificate of Corporate Disclosure in conformity with Fed.R.Civ.P. 7.1.

Defendant, Selective Insurance Company, is a wholly owned subsidiary of Selective Insurance Group, Inc.

The following affiliates are each wholly owned by Selective Insurance Group, Inc.:

>Niagara Exchange Corporation, the parent corporation of Selective Insurance Company of New York;
>
>Selective Insurance Company of the Southeast;
>
>Selective Insurance Company of New England;

---

[1]   44 C.F.R. §62.23(f).
[2]   42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

Selective Insurance Company of South Carolina;

Selective Way Insurance Company.

Selective hereby discloses that the true party with a financial interest in the outcome of this matter (and the ultimate payor of any claim in this matter) will be the U.S. Treasury, and not Selective Insurance Company. See *Van Holt v. Liberty Mutual Fire Insurance Company*, 163 F.3d 161 at 166-167, (3rd Cir., 1998) ("Although a WYO company collects premiums and disburses claims, only FEMA bears the risk under the flood insurance program. Thus, a lawsuit against a WYO company is, in reality, a suit against FEMA."). See also the Arrangement between FEMA and the WYO Companies, found at 44 C.F.R. part 62, Appendix A, Article 2, Section F (which states that payment of Flood Insurance Claims by the Company shall be binding upon the Federal Insurance Administration).

                        Respectfully submitted,

                        SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.

By: _____
     JOEL M. SIMON
     For the Firm
     Attorneys for Defendant
     Selective Insurane Company
     111 John Street, 20th Floor
     New York, New York 10038-3198
     (212) 964-7400
     Our File No. SFI-00106/JMS

Dated: New York, New York
       August 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST** was mailed by via First Class Mail this 15th day of August, 2008, to all counsel of record as indicated below.

_____
JOEL M. SIMON (JMS 1077)

SERVICE LIST

MCDONNELL & ADELS, P.C.
5 Dakota Drive, Suite 107
Lake Success, NY 11042
(516) 328-3500
Attorney for Plaintiff
Lumiram Electric Corporation
File: Please Advise

- 3 -

UNITED STATES DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

LUMIRAM ELECTRIC CORPORATION,

                                                                                 Plaintiff,

-against-

SELECTIVE INSURANCE COMPANY,

                                                                                 Defendant.

----------------------------------X

## DISCLOSURE OF INTERESTED PARTIES

**SMITH MAZURE DIRECTOR WILKINS
YOUNG & YAGERMAN, P.C.**
Attorneys for Defendant
Selective Insurane Company
111 John Street, 20th Floor
New York, New York 10038-3198
(212) 964-7400
SFI-00106/JMS

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

        hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing is not frivolous nor frivolously presented.

Dated:    New York, New York

                                                                                          **PLEASE TAKE NOTICE**

☐    *that the within is a true copy of a    entered in the office of the clerk of the within named Court on  .*

☐    *that a    of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at    , on at 9:30 a.m.*

                                                  **SMITH MAZURE DIRECTOR WILKINS YOUNG & YAGERMAN, P.C.**
                                                  Attorneys for Defendant
                                                  Selective Insurane Company
                                                  111 John Street, 20th Floor
                                                  New York, New York 10038-3198
                                                  (212) 964-7400
                                                  Our File No. SFI-00106/JMS

JMS/jms